# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

AMANDA RINDAL,
    Plaintiff,

    v.                             CASE NUMBER: 23-cv-1228

GURSTEL LAW FIRM PC, et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment (ECF No. 33) is **GRANTED**. Defendants are entitled to judgment as a matter of law on plaintiff's Fair Debt Collection Practices Act claims. The court hereby **RELINQUISHES JURISDICTION** over plaintiff's remaining state law claims.

7/11/2025                                              Linda Klemm
Date                                                  Interim Clerk

                                                             /s/ Alexis H.
                                                              (By) Deputy Clerk